March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

INNA GEKELMAN       ,
                     Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 681 (JPC)(__)

Defendant INNA GEKELMAN hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

**X** Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_Inna Gekelman /By_ [signature]
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**INNA GEKELMAN**
Print Defendant's Name

_Albert Y. Dayan_ [signature]
Defense Counsel's Signature

**ALBERT Y. DAYAN**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

12/21/20
Date

[signature]
U.S. District Judge/U.S. Magistrate Judge