March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

               -v-

Inna Gekelman,

               Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20-CR-681 (__)(__)

Defendant **Inna Gekelman** hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/ Inna Gekelman
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Inna Gekelman
Print Defendant's Name

Defense Counsel's Signature

Albert Y. Dayan
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

3/4/2021
Date

U.S. District Judge/U.S. Magistrate Judge