# ALBERT Y. DAYAN    80-02 Kew Gardens Rd., #902, Kew Gardens, N.Y. 11415
### Attorney at Law                    Tel: (718) 268-9400:    Fax: (718) 268-9404

By ECF

July 20, 2021

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Inna Gekelman, et al.
                 Criminal Docket No. 20-CR-681 (JPC)

Dear Judge Cronan:

    By this letter, defense counsel Albert Y. Dayan is respectfully asking this Honorable Court for him and his client, Inna Gekelman to appear virtually by telephone for status conferences currently scheduled for Monday, July 26, 2021.

    Your Honor, the reason is that I am out of State and will not be able to appear in person.

    Thank you Your Honor.

                              Respectfully submitted,

                    Sgd:      /s/
                            Albert Y. Dayan
                            Attorney at Law for
                            Inna Gekelman

cc.    All Counsel

> The status conference for Inna Gekelman scheduled for July 26, 2021 at 2:00 p.m. is rescheduled for a remote proceeding on July 26, 2021 at 11:00 a.m. Public dial in: 866-434-5269, access code: 9176261.
>
> The conference scheduled for July 26, 2021 at 2:00 p.m. for Natalya Shvarts, Makhinbonu Narzullaeva, and Tetyana Golyak will remain in person.

SO ORDERED.
Date: July 22, 2021
New York, New York



                                                    JOHN P. CRONAN
                                                United States District Judge