March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                  -v-

Inna Gekelman
                      Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 681 (JPC) ( )

Defendant _Inna Gekelman_ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_[signature: Inna Gekelman / A.D.]_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Inna Gekelman_
Print Defendant's Name

_[signature: Albert Y. Dayan]_
Defense Counsel's Signature

_Albert Y. Dayan_
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

July 26, 2021
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge