UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Inna Gekelman                    Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 681 ( ) ( )

Defendant __Inna Gekelman__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
INNA GEKELMAN
Print Defendant's Name

_____
Defendant's Counsel's Signature

_____
ALBERT Y. DAYAN
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2-18-22
Date

_____
U.S. District Judge/U.S. Magistrate Judge