# ALBERT Y. DAYAN

Attorney at Law     80-02 Kew Gardens Rd., #902, Kew Gardens, N.Y. 11415
Tel: (718) 268-9400:     Fax: (718) 268-9404

By ECF

July 26, 2022

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*This request is granted. Mr. Dayan and Ms. Gekelman may appear remotely. The Court will send a Microsoft Teams link to Mr. Dayan for him and his client to join by video.*

*SO ORDERED.*
*Date: July 26, 2022*
*New York, New York*

_____
JOHN P. CRONAN
United States District Judge

Re:   United States v. Inna Gekelman, et al.
      Criminal Docket No. 20-CR-681 (JPC)

Dear Judge Cronan:

By this letter, defense counsel Albert Y. Dayan is respectfully asking this Honorable Court for him and his client, Inna Gekelman to appear virtually by telephone for status conference currently scheduled for today, Tuesday, July 26, 2022.

Your Honor, the reason is that I was away out of the country in the Middle East and just landed due to a delay in traveling back. This conference was scheduled when I was overseas. I will not be able to appear in person and kindly ask that my client and I appear virtual.

Thank you Your Honor.

Respectfully submitted,

Sgd:    _____/s/_____
        Albert Y. Dayan
        Attorney at Law for
        Inna Gekelman

cc.    All Counsel