UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
    -v-                                                           :
                                                                  :     S1 20 Cr. 681 (JPC)
INNA GEKELMAN,                                                    :
                                                                  :     ORDER
                            Defendant.                            :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Trial in this case is currently scheduled to commence on February 27, 2023. Defendant Inna Gekelman and the Government are directed to meet and confer and provide a status report to the Court by January 9, 2023 stating 1) whether either party objects to an adjournment of the trial until July or August 2023, and 2) if there is no objection, when the parties are available for trial during those months and whether time should be excluded pursuant to the Speedy Trial Act until a future trial date.

      SO ORDERED.

Dated: January 6, 2023
       New York, New York
                                                        JOHN P. CRONAN
                                                        United States District Judge