UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                           :
:
 -v-                                        :
:  S1 20 Cr. 681 (JPC)
INNA GEKELMAN,                                        :
:  ORDER
Defendant.            :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 12, 2023, the Court scheduled a Final Pretrial Conference for July 18, 2023, at 9:00 a.m. Dkt. 341. Therefore, the Final Pretrial Conference currently scheduled for February 22, 2023 is adjourned until July 18, 2023 at 9:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: February 7, 2023
       New York, New York
                                                        _____
                                                        JOHN P. CRONAN
                                                        United States District Judge