# ALBERT Y. DAYAN
### Attorney at Law
80-02 Kew Gardens Rd., #902, Kew Gardens, N.Y. 11415
Tel: (718) 268-9400:   Fax: (718) 268-9404

**By ECF**

October 23, 2023

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The request is granted.  Ms. Gekelman's sentencing hearing is adjourned to December 18, 2023, at 10:00 a.m.
>
> SO ORDERED.
> Date: October 25, 2023
> New York, New York
>
> _____/s/ John P. Cronan_____
> JOHN P. CRONAN
> United States District Judge

Re:   United States v. Inna Gekelman, et al.
      Criminal Docket No. 20-CR-681 (JPC)

Dear Judge Cronan:

Defense Counsel, Albert Y. Dayan respectfully submits this letter to Your Honor on the referenced case.

The Defendant, Inna Gekelman is schedule to appear before Your Honor for sentencing on Wednesday, November 1, 2023. Your Honor, with consent of the Government, Defense Counsel is kindly asking the Court to please reschedule the sentencing of the Defendant to Monday, December 18 or Tuesday, December 19, 2023, or to anytime in January 2024.

I do sincerely apologize for any inconvenience that this may have caused the Court and the Government.

Thank you Your Honor.

Respectfully submitted,

Sgd:   _____/s/_____
       Albert Y. Dayan
       Attorney at Law for
       Inna Gekelman

cc:   Daniel G. Nessim
      Nicholas William Chiuchiolo
      Assistant United States Attorneys