

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

―――――――――――――――――

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 9, 2024

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *United States v. Inna Gekelman*, S1 20 Cr. 681 (JPC)

Dear Judge Cronan:

    The defendant is currently scheduled to be sentenced on February 16, 2024. Government counsel has a conflict on that date and respectfully requests, with the consent of defense counsel that the Court adjourn the sentencing by one week, to February 23, 2024, or to February 26, 27, or 28, 2024.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney for the
                          Southern District of New York

This request is granted. The sentencing for Inna Gekelman scheduled for February 16, 2024 is adjourned to February 26, 2024 at 10:00 a.m. The sentencing will be held in Courtroom 12D of 500 Pearl Street, New York, NY 10007.

By:/s/_____
    Nicholas W. Chiuchiolo
    Daniel G. Nessim
    Assistant United States Attorneys
    (212) 637-1247 / -2486

SO ORDERED.
Date: February 9, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge