```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES,                                                   :
                                                                 :
                                                                 :
                                                                 :
              -v-                                                :   20 Cr. 681 (JPC)
                                                                 :
INNA GEKELMAN,                                                   :   ORDER
                                                                 :
                    Defendant.                                   :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court has received a request from the Probation Department to modify Defendant Inna Gekelman's conditions of supervised release. The Probation Department's memorandum to the Court indicates that Ms. Gekelman consents to the modification. By October 3, 2024, the parties should advise the Court if they object to the proposed supervised release modification. If the Court does not receive any objections by that date, the Court will grant the requested modification.

      SO ORDERED.

Dated: September 26, 2024  
       New York, New York

                                                                                    JOHN P. CRONAN  
                                                                                     United States District Judge