UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :

UNITED STATES,                       :

                        :

       -v-                  :            20 Cr. 681 (JPC)

                        :

INNA GEKELMAN,               :            <u>ORDER</u>

                        :

            Defendant.      :

                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of Defendant Inna Gekelman's motion for early termination of her term of supervised release.  Dkt. 649.  The Government shall respond to the motion by March 4, 2026.  Its response shall indicate the Probation Office's position as to the request.  Defendant's reply, if any, is due March 11, 2026.

      SO ORDERED.

Dated: February 18, 2026
      New York, New York                           JOHN P. CRONAN
                                            United States District Judge