UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
   :
UNITED STATES OF AMERICA,   :
   :
   -v-   :
   :      S1 20 Cr. 681 (JPC)
INNA GEKELMAN,   :
   :      ORDER
   Defendant.   :
   :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Pending before the Court is Defendant's motion for early termination of her supervised release. Dkt. 649. The parties are directed to appear at a conference to discuss her motion on April 10, 2026, at 2:00 p.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. At the conference, the parties should be prepared to express their views on whether Standard Condition 3 of Defendant's supervised release may be modified to allow for her travel to and from Florida, including points in between, without prior permission of the Probation Department or the Court, with the condition that Defendant provides her Probation Officer with her itinerary in advance of that travel. Defendant also should be prepared to address whether she still pursues her motion if the conditions of her supervised release are modified in such a manner.

      SO ORDERED.

Dated: April 7, 2026
     New York, New York                  JOHN P. CRONAN
                              United States District Judge